1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ERIC A. MCEACHERN

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:08-cr-0138 AWI
                                     )
12              *Plaintiff,*         )   STIPULATION CONTINUING  STATUS
                                     )   CONFERENCE; ORDER THEREON
13       v.                          )
                                     )   Date:  July 21, 2008
14  ERIC A. MCEACHERN,               )   Time:  9:00 A.M.
                                     )   Judge: Anthony W. Ishii
15              *Defendant.*         )
                                     )
16  _____      )

17

18       **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19  Assistant United States Attorney Kevin P. Rooney, Counsel for Plaintiff, and Assistant Federal Defender

20  Victor M. Chavez, Counsel for Defendant Eric A. McEachern, that the status conference currently set for

21  June 30, 2008 at 9:00 a.m., **may be continued to July 21, 2008, at 9:00 A.M.**

22       This continuance request is made at the request of counsel for Defendant Eric A. McEachern

23  because he needs additional time to review discovery and conduct initial investigation.

24  ///

25  ///

26  ///

27  ///

28  ///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: June 26, 2008 By: /s/ Victor M. Chavez with consent of Kevin P. Rooney
KEVIN P. ROONEY
Assistant United States Attorney
Counsel for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: June 26, 2008 By: /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
Eric A. McEachern

**ORDER**

IT IS SO ORDERED.

**Dated: June 27, 2008** **/s/ Anthony W. Ishii**
UNITED STATES CHIEF DISTRICT JUDGE