DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC A. MCEACHERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-0138 AWI |
| Plaintiff, | DEFENDANT'S WAIVER OF PERSONAL PRESENCE |
| v. | |
| ERIC A. MCEACHERN, | |
| Defendant. | |

    The undersigned defendant, Eric A. McEachern, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to present evidence in his own defense, to litigate all issues by either jury or court trial, hereby waives his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not limited to status conference, motions hearing, when a continuance is ordered, and requests the court to allow his attorney to represent his interests in court on such dates, defendant having specifically given said attorney prior verbal authorization to make such appearance on his behalf and to request the Court to schedule any and all appropriate hearings relating to Defendant's matter. Defendant further hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and allow his attorney-in-fact to represent his interests at all times, specifically including the status conference scheduled for July 21, 2008. Counsel for defendant has discussed the proposed non-appearance at the July 21, 2008 status conference with Assistant U.S.

McEachern: Waiver of Appearance

Attorney Kevin P. Rooney and the government is not opposed. This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Mr. McEachern makes this request because due to the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship and Mr. McEchern wishes to limit the number of personal court appearances and minimize the time and expense of travel to court from his residence in Tehachapi, California.

DATED: 7/1/08        /s/ Eric A. McEachern
                     ERIC A. MCEACHERN
                     Defendant


                     DANIEL J. BRODERICK
                     FEDERAL DEFENDER

DATED: 7/10/08
                     /s/ Victor M. Chavez
                     VICTOR M. CHAVEZ
                     Assistant Federal Defender
                     Attorney for Defendant


## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be waived.

IT IS SO ORDERED.

**Dated:   July 11, 2008**         /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE