DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC A. McEACHERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC A. McEACHERN, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:08-cr-0138 AWI <br><br> STIPULATION RESETTING MOTIONS SCHEDULE AND HEARING DATE; ORDER THEREON <br><br> Date: October 14, 2008 <br> Time: 9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that a new motions schedule be set as follows: motions in the above-entitled matter now due September 2, 2008, shall be filed on or before September 15, 2008, responses shall be filed on or before September 29, 2008, and **the hearing on motions reset to October 14, 2008, at 9:00 A.M.**

This stipulation is entered at the defendant's requested to allow adequate time for defense preparation.

///
///
///
///
///

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h)(1)(F), and pursuant to subd. (8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: September 2, 2008       By: /s/ Kevin P. Rooney
                                    KEVIN P. ROONEY
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: September 2, 2008       By: /s/ Victor M. Chavez
                                    VICTOR M. CHAVEZ
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    ERIC A. McEACHERN


**ORDER**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   September 2, 2008**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE