DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC A. McEACHERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>   *Plaintiff*,    )<br>            )<br>   v.       )<br>            )<br>ERIC A. McEACHERN,     )<br>            )<br>   *Defendant*.    )<br>            )<br>_____ ) | NO. 1:08-cr-0138 AWI<br><br>STIPULATION CONTINUING STATUS<br>CONFERENCE;  ORDER THEREON<br><br>Date:   January 26, 2009<br>Time:   9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the status conference currently set for December 15, 2008 be continued to **January 26, 2009 at 9:00 a.m.**

This stipulation is entered at the defendant's request to allow adequate time for defense investigation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h)(1)(F), and pursuant to subd. (8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McEachern - Stipulation

|   |   |   |
|---|---|---|
|   |   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: December 11, 2008 | By: | /s/ Kevin P. Rooney<br>KEVIN P. ROONEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: December 11, 2008 | By: | /s/ Victor M. Chavez<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ERIC A. McEACHERN |

**ORDER**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 11, 2008**           /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE