# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC A. McEACHERN, ) <br> ) <br> Defendant. ) <br> _____) | NO. 1:08-CR-00138-AWI <br><br> ORDER TO FILE RECORDS UNDER SEAL |

On January 19, 2010, the Court received an application by Defendant for the Government, through the U.S. Attorney's Office and Bureau of Prisons, to release the psychological/psychiatric records of inmate Maximilian Monclova-Chavez for an in camera review. Defendant requested that the report be filed under seal.

On January 20, 2010, the court ordered the Government, by and through the United States Attorney's Office and the Bureau of Prisons, to release the psychological/psychiatric records of Maximilian Monclova-Chavez for an in camera review. In light of the confidential nature of the psychological/psychiatric records, they will be filed under seal.

Accordingly, good cause appearing, the Clerk of the Court is DIRECTED TO FILE UNDER SEAL the psychological/psychiatric records provided by Plaintiff. The psychological/psychiatric records SHALL NOT BE DISCLOSED without further order from the court.

IT IS SO ORDERED.

**Dated:   January 20, 2010**           /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE