1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00138-AWI |
| | ) | |
| Plaintiff, | ) | ORDER TO RELEASE |
| | ) | PSYCHOLOGICAL/PSYCHIATRIC |
| v. | ) | RECORDS |
| | ) | |
| ERIC A. McEACHERN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby ordered that the Government, by and through the United States Attorney's

Office and the Bureau of Prisons, release the psychological/psychiatric records of Maximilian

Monclova-Chavez (Reg. # 06616-041) to this court by February 2, 2010, for an in camera review.


IT IS SO ORDERED.

**Dated:    January 20, 2010**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28