# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
                                   )
       v.                            )    08 CR 0138 LJO
                                   )
Eric McEachern                  )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
             ( ) Ad Prosequendum                  ( X ) Ad Testificandum.
Name of Detainee:    Mohammed Khalil
Detained at (custodian): USP McCreary

Detainee is:    a.)    ( ) charged in this district by:
                           ( ) Indictment        ( ) Information        ( ) Complaint

                     Charging Detainee With:

   or    b.)    ( X ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    ( X ) return to the custody of detaining facility upon termination of proceedings
   or         b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California* on **June 21, 2010 at 8:30 a.m.**

Signature: _____
Printed Name & Phone No.:    E. Marshall Hodgkins, 559-248-0900
Attorney of Record for:    Defendant, Eric McEachern

## WRIT OF HABEAS CORPUS
          ( ) Ad Prosequendum        ( X ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date    May 12 2010                        United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X | Female ☐ |
| Booking or Fed. Reg. #: | Reg. #61673-053 | DOB: | 01/26/1961 |
| Facility Address: | USP McCreary | Race: | WHITE |
| | 330 Federal Way, Pine Knot KY42635 | FBI #: | |
| Facility Phone: | 606-354-7000 | | |
| Release Date: | none | | |

### RETURN OF SERVICE

Executed on           by
                                                                      (Signature)