# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIC A. McEACHERN,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:08CR00138 LJO<br><br>ORDER/RULINGS ON OBJECTIONS MADE AT THE DEPOSITION OF MAXIMILIAN MONCLOVA-CHAVEZ ON APRIL 29, 2010 |

8:23   Mooted by the follow-up question

14:9   Mooted by the follow-up question

20:11 Sustained.  20:1-6 stricken

25:11 Sustained. 25:9-12 stricken

35:15 Sustained. 35:9-20 stricken

40:21-41:21   Stricken Sua Sponte

49:5 Overruled

50:1   If Counsel Hodgkins is representing that there will be testimony from another witness of such a statement, overruled; otherwise, sustained. IF sustained, 49:3-50:3 is stricken.

51:10 Overruled

60:16 Overruled

60:19 Overruled

61:3   Overruled

IT IS SO ORDERED.

**Dated:   May 24, 2010**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE