IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0138 LJO |
| Plaintiff, | **ORDER ON MOTION IN LIMINE** |
| vs. | |
| ERIC A. McEACHERN, | |
| Defendant. | |
| _____/ | |

The Court has read and considered the Defendant's motion to preclude Officer Tincher from interpreting (rather than quoting) the defendant's statement "Well, he's been taken care of. Don't let this ruin your career." The motion to preclude any interpretation is GRANTED on speculative and relevancy grounds.

IT IS SO ORDERED.

**Dated:   June 7, 2010**              /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

1