UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGMENT OF ACQUITTAL |
| | ) | |
| | ) | |
| | ) | 1:08-CR-138 LJO |
| vs. | ) | |
| | ) | |
| ERIC A. McEACHERN, | ) | |
| _____ | ) | |

The defendant having been found not guilty as to the charges by a jury verdict,

Judgment of Acquittal is hereby entered.

IT IS SO ORDERED.

**Dated:**   June 30, 2010          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE