**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00138 LJO |
| Plaintiff, | |
| vs. | ORDER TO SEAL |
| ERIC McEACHERN, | |
| Defendant. | |
| _____/ | |

The Clerk of the Court is hereby ordered to seal the "Defendant's Financial Affidavit."

IT IS SO ORDERED.

**Dated:    December 1, 2010**          _____/s/ Lawrence J. O'Neill_____
UNITED STATES DISTRICT JUDGE

1